IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTIAN WHITTLE, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-594-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

## **ORDER**

On February 24, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's 28 U.S.C. § 2255 Motion (Doc. # 2) is DENIED without an evidentiary hearing, and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 24th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE